**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In re:

L&L WINGS, INC.,

          Debtor.

               22 **CIVIL** 4058 (LTS)
-------------------------------------------------------------------X

MARCO DESTIN, INC., PANAMA SURF &
SPORT, INC., E&T, INC.,          **JUDGMENT**

          Appellants,

     v.

L&L WINGS, INC.,

          Appellee.
-------------------------------------------------------------------X

   It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 7, 2023, the Court withdraws the reference of the Debtor's bankruptcy case solely to the extent necessary to resolve Appellants' motion to withdraw their proof of claim no. 112, and grants that motion. The bankruptcy court order appealed from, which is treated as Proposed Findings of Fact and Conclusions of Law with respect to the Debtor's objection to MDI's claim, is now moot and the Court declines to adopt it and dismisses the objection as moot. Accordingly, the case is closed.

**Dated:**  New York, New York
    September 8, 2023             **RUBY J. KRAJICK**
                        **Clerk of Court**

               **BY:**
                       **Deputy Clerk**